(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____  07-60383

Ronald C. Williams

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

Joseph Mercogliano
Steven Bowser
Jason Grace
William Tighe

(Enter above the full name of the defendant or defendants in this action.)

MAGISTRATE JUDGE
- WHITE -

cat / div  1983 4 Broward
Case # 0:07cv60383
Judge Zloch  Mag. PAW
Motn Ifp  yes   Fee pd $ _____
Receipt # _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $250.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ( )   No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

      2. Court (if federal court, name the district; if state court, name the county): _____

         _____

      3. Case Number: _____

      4. Name of Judge to whom case was assigned: _____

         _____

      5. Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?):

         _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II. Place of present confinement: **Wakulla Correctional Institution 110 melaleuca Drive Crawfordville Fla 32327**

A. Is there a prisoner grievance procedure in this institution?

   Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ( )   No (X)

C. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer is NO, explain why not: **Because the incident happen Prior to becoming a Prisoner march 29, 2004**

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: **Ronald C. Williams**
   Address: **Wakulla Correctional Institution 110 melaleuca Drive Crawfordville Fla 32327**

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **Joseph Mercogliano**
   is employed as **Police Officer**
   at **Plantation Police Dept. 451 NW 70 Terr Plantation FL.**

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C. Additional Defendants: Steven Bowser, Detective (Undercover) Plantation Police Dept. Jason Grace, Police Officer Plantation Police Dept, William Tighe, Detective Plantation Police Dept

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

On March 29, 2004, Undercover detective Steven Bowser in a unmarked vehicle responded to a BOLO with discription of a suspect. Officer Bowser noticed Plantiff in his vehicle and assumed he fit the discription, instructed Officer Mercogliano and Officer Grace to perform a Traffic stop. Officer Bowser blocked Plantiffs vehicle with his unmarked vehicle this was observed by Sulvillian Witness Simeon Salzedo 921 N.W 86 Terrace Apt 1203 Plantation Fla. Plaintiff Fled in his Car due to fear, he then was approached by Officer Mercogliano after being knocked off the road by Bowser. When Plaintiff attempted to leave, he was shot from behind by Officer Mercogliano. Who stated along with other officers that plaintiff was chasing him with his Car. Sulvillian Witness observed Officer running behind Car firing his weopon. Defendant/Plaintiff was arrested and charged with Attempted Murder on L.E.O, Burglary of Dwelling and Fleeing and Eluding. Charges were reduced to Aggravated Assualt then Nolle Prossed pertaining to Shooting. Plaintiff was found guilty of Burglary and is serving 30 year F.S.P with Appeal Pending.

V.  Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

To uphold the Florida and United States Constitution Arrest Officers on Civil Rights Violations and Criminal Violations. A full impartial federal and State Investigation and to be interviewed by Investigator myself on other relevant charges. To recieve a Court Appointed Lawyer to Represent Plaintiff. Prevent witness tampering by state pending NAACP Investigation, and any other relief this Court deems Just.

Signed this 12 day of March, 20 07.

Ronald C. Williams

(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2007

Ronald C. Williams

(Signature of plaintiff)