```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO.  07-60383-CIV-ZLOCH
```

RONALD C. WILIAMS,

      Plaintiff,

vs.                                  **O R D E R**

JOSEPH MERCOGLIANO, STEVEN
BOWSER, and JASON GRACE,

      Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Ronald C. Williams's Request For Subpoenas For Witnesses And The Issuing By The U.S. Marshall [sic] Service (DE 76) and Request For Marshal Service, bearing file stamp of the Clerk of Court dated August 7, 2008.  The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 4), Plaintiff was granted permission to proceed in forma pauperis in the above-styled cause.  By the instant Motions, he seeks now to have the U.S. Marshals Service serve subpoenas to his potential witnesses at the trial set to begin on Monday, September 8, 2008.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Ronald C. Williams's Request For Subpoenas For Witnesses And The Issuing By The U.S. Marshall [sic] Service (DE 76) and Request For Marshal Service, bearing file stamp of the

Clerk of Court dated August 7, 2008, be and the same are hereby **GRANTED**;

2. All costs of service shall be borne by the United States of America; and

3. By noon on Friday, August 29, 2008, the United States Marshals Service shall serve a copy of the enclosed subpoenas to the witnesses listed at DE 76, pp. 2-3 at the addresses listed therein.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   8th   day of August, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel Of Record

Ronald C. Williams, pro se
DC #L16890
Okechobee Correctional Institution
3420 NE 168th Street
Okechobee, FL 34972


Enclosures: Subpoenas