UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60383-CIV-ZLOCH

RONALD C. WILIAMS,

      Plaintiff,

                                **O R D E R**

vs.

JOSEPH MERCOGLIANO, STEVEN
BOWSER, and JASON GRACE,

      Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Ronald C. Williams's Motion To Strike (DE 93), Motion To Enforce (DE 94) and Motion For Leave To File An Amended Supplemental Complaint (DE 100). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause pro se with the filing of his Complaint (DE 1). Throughout the course of this action, Plaintiff has continued to represent himself. However, on August 21, 2008, four attorneys of the firm Carlton Fields, P.A. filed their Notice Of Appearance (DE 90) on behalf of Plaintiff. Once an appearance by an attorney has been entered on a party's behalf, that "party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein." S.D. Fla. L.R. 11.1.D.4. The Court notes that the instant Motions (DE 91) were filed by Plaintiff pro se.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Ronald C. Williams's Motion To Strike (DE 93),

Motion To Enforce (DE 94) and Motion For Leave To File An Amended Supplemental Complaint (DE 100) be and the same are hereby **STRICKEN**; and

2. Any further motions, pleadings, briefing, etc. filed on behalf of Plaintiff shall be made by and through his attorneys.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___8th___ day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel Of Record