UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60383-CIV-ZLOCH

RONALD C. WILIAMS,

    Plaintiff,

vs.                            **O R D E R**

JOSEPH MERCOGLIANO, STEVEN
BOWSER, and JASON GRACE,

    Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff Ronald C. Williams's Emergency Motion To Permit His Attendance At Trial In Civilian Clothing And Remain Unrestrained During The Trial Proceedings (DE 98). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Ronald C. Williams's Emergency Motion To Permit His Attendance At Trial In Civilian Clothing And Remain Unrestrained During The Trial Proceedings (DE 98) be and the same is hereby **GRANTED** as follows:

1. To the extent the instant Motion seeks leave for Plaintiff Ronald C. Williams to appear at trial in civilian clothing, it be and the same is hereby **GRANTED**;

2. Plaintiff shall comply with any and all preconditions of the United States Marshals Service that may apply to the provision

of civilian clothing to Plaintiff and his wearing it throughout the trial; and

3. The decision to allow Plaintiff to appear during trial proceedings unrestrained shall rest strictly with the United States Marshals Service, and Plaintiff is directed to contact that office directly.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___10th___ day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel Of Record