```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-60383-CIV-ZLOCH
```

RONALD C. WILLIAMS,

       Plaintiff,

vs.                                        **OMNIBUS ORDER**

JOSEPH MERCOGLIANO, STEVEN
BOWSER, and JASON GRACE,

       Defendants.

_____/

    THIS MATTER is before the Court upon Plaintiff's Motion In Limine To Exclude Testimony Regarding The Burglary And Plaintiff's Conviction For Burglary (DE 104), Plaintiff's Motion For Leave To Amend Complaint By Interlineation To Assert Claim For Attorney's Fees Under 42 U.S.C. § 1983 (DE 106), Carlton Fields, P.A.'s Motion To Withdraw As Plaintiff's Counsel Of Record (DE 107), The Honorable Michael J. Satz's Objection To Subpoenas/Motion To Quash Subpoenas/Motion For Protective Order (DE 108), and Judge Ana I. Gardiner's Emergency Motion To Quash And For Protective Order (DE 110).  The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    Counsel for Plaintiff states in the instant Motion To Withdraw (DE 107) that irreconcilable differences have arisen between Mr. Williams and Carlton Fields, P.A., the law firm currently representing him.  Further, Plaintiff's counsel further states that Mr. Williams seeks the withdrawal of Carlton Fields, P.A., as

counsel of record.

Regarding the Motions To Quash (DE Nos. 108 & 110), Mr. Williams seeks to subpoena the State Attorney, Assistant State Attorney, and Judge who were involved in his state court criminal case. The Court finds that the potential testimony of these persons is irrelevant to Plaintiff's claim in the above-styled cause.

With respect to Plaintiff's Motion In Limine (DE 104), the Court will deny it without prejudice. However, the Court will entertain the appropriate objection by Plaintiff during the trial.

Accordingly, and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion In Limine To Exclude Testimony Regarding The Burglary And Plaintiff's Conviction For Burglary (DE 104) be and the same is hereby **DENIED** without prejudice;

2. Plaintiff's Motion For Leave To Amend Complaint By Interlineation To Assert Claim For Attorney's Fees Under 42 U.S.C. § 1983 (DE 106) be and the same is hereby **DENIED** as moot pursuant to Paragraph 3 hereunder;

3. Carlton Fields, P.A.'s Motion To Withdraw As Plaintiff's Counsel Of Record (DE 107) be and the same is hereby **GRANTED,** and Carlton Fields, P.A.'s is hereby relieved of all further responsibility in the representation of Plaintiff Ronald C. Williams in this case;

4. The Honorable Michael J. Satz's Objection To

Subpoenas/Motion To Quash Subpoenas/Motion For Protective Order (DE 108) be and the same is hereby **GRANTED,** and Plaintiff shall refrain from filing further subpoenas on the Honorable Michael J. Satz or any Assistant State Attorney under his direction; and

5. Judge Ana I. Gardiner's Emergency Motion To Quash And For Protective Order (DE 110) be and the same is hereby **GRANTED,** and Plaintiff shall refrain from filing further subpoenas on the Honorable Ana I. Gardiner.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   16th   day of September, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Jeffrey F. Mahl, Senior Asst. Attorney General
Office of the Attorney General
1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Counsel for The Honorable Ana I. Gardiner

The Honorable Michael J. Satz
State Attorney
Broward County Courthouse
201 S.E. 6th Street, Room 660
Fort Lauderdale, FL 33301

Ronald C. Williams, pro se
#L16890
Okeechobee Correctional Institution
3420 N.E. 168th Street
Okeechobee, FL 34972-4824

All Counsel of Record