UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60383-CIV-ZLOCH

RONALD C. WILLIAMS,

    Plaintiff,

vs.                                     **V E R D I C T**

JASON GRACE,

    Defendant.
_____/

WE, the Jury, unanimously find as follows:

1. Do you find by a preponderance of the evidence that Defendant Jason Grace intentionally committed acts that violated the Plaintiff's Federal Constitutional right not to be subjected to excessive force during an arrest?

    Yes_____      No____✓_____

2. Do you find by a preponderance of the evidence that Defendant Jason Grace's acts were the proximate or legal cause of damages sustained by the Plaintiff?

    Yes_____      No____✓_____

[NOTE: If you answered "No" to either Question No. 1 or Question No. 2, your verdict is for Defendant Jason Grace. Do not answer any of the remaining Questions. Date and sign this Verdict Form, and advise the Marshal by a note that you have reached your Verdict. If you answered "YES" to both Question No. 1 and Question No. 2, continue to Question No. 3.]

3. Do you find by a preponderance of the evidence that Plaintiff should be awarded damages to compensate for physical as well as emotional pain and mental anguish?

    Yes_____      No_____

[NOTE: If you answered "YES" to Question No. 3, proceed to Question No. 4. If you answered "NO" to Question No. 3, do not answer Question No. 4, and proceed directly to Question No. 5].

4. Indicate in the space provided below the total amount of compensation that should be awarded to Plaintiff for his physical as well as emotional pain and mental anguish.

$_____

[NOTE: Proceed to Question No. 5.]

5. Do you find by a preponderance of the evidence that Defendant Jason Grace acted with malice or with reckless indifference to Plaintiff's federally protected rights and that punitive damages should be assessed against Defendant Jason Grace?

Yes_____     No_____

[NOTE: If you answered "YES" to Question No. 5, proceed to Question No. 6. If you answered "NO" to Question No. 5, do not answer Question No. 6. Date and sign this Verdict Form, and advise the Marshal by a note that you have reached your Verdict.]

6. Indicate in the space provided below the total amount of punitive damages that should be assessed against Defendant Jason Grace.

$_____

SO SAY WE ALL

_____          9/24/2008
   Foreperson                       Date